IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    No. 3:14-CR-30016

FERNANDO CANALES-MENDOZA                                               DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 57) from United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court deny Defendant's motion to vacate, which was written in Spanish and was not thereafter submitted in English despite a Court order to do so.

As the Magistrate explains, while there is no official English language requirement for filings made in the federal courts of this country (with the exception of the District of Puerto Rico), by longstanding tradition the vast majority of judicial business is conducted in English.  Neither the Magistrate nor the undersigned is fluent in Spanish, and the Court has no obligation to appoint a Spanish-language translator for motions to vacate made under 28 U.S.C. § 2255.  Proceedings on § 2255 motions utilize the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 81(a)(4); Rule 12, Rules Governing Section 2255 Proceedings.  Under those Rules, because it is not inconsistent with any law, the Court may order litigants to make filings in English.  Fed. R. Civ. P. 83(b).  The Court did so, and further warned Defendant of the potential consequences of noncompliance.  (Doc. 56).  The Magistrate now recommends dismissal with prejudice pursuant to Rule 41(b) because Defendant has failed to comply with the Court's order.

The Court has carefully reviewed the report and recommendation and finds that it contains no clear error and should be, and hereby is, ADOPTED IN ITS ENTIRETY.

1

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 54) is DENIED and his petition is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of July, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE